UNITED STATES DISTRICT COURT
SOUTH DISTRICT OF FLORIDA

CASE NO. 20-cv-24205-McAliley
CONSENT CASE

PEDRO J. MARTE SILVERIO,
JAIRO J. LUNA,
and other similarly situated individuals,

    Plaintiffs,

v.

GO FISH CARGO, INC.,

    Defendant,
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on before this Honorable Court on the parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 28), and after being fully apprised in the premises, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is instructed to **CLOSE** this case.

The Court retains jurisdiction for 60 days to enforce the terms of the parties' settlement, should such enforcement become necessary.

DONE AND ORDERED in Chambers, in Miami, Florida, this 12th day of January, 2021.

_____
CHRIS M. MCALILEY
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record